**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1761**

---

DAVID HALL CRUM,

> Plaintiff - Appellant,

> v.

WALDEN COMMONS CORPORATE OFFICE,

> Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-01333-LMB-IDD)

---

Submitted:  June 25, 2024                          Decided:  June 27, 2024

---

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David Hall Crum, Appellant Pro Se.  Joshua Mark Greenberg, GREENSTEIN, DELORME & LUCHS, PC, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hall Crum appeals the district court's order dismissing his civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Crum v. Walden Commons Corp. Off.*, No. 1:22-cv-01333-LMB-IDD (E.D. Va., June 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*